Order issued November 30 , 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-00680-CV

**ELIAS THOMPSON, Appellant**

**V.**

**HSBC BANK USA NATIONAL ASSOCIATION, Appellee**

## ORDER

We **DENY** appellee's November 16, 2012 amended motion to dismiss the appeal.

On July 20, 2012, the Court received notice from the district clerk's office that the clerk's record has not been filed because appellant has not paid the clerk's fee. Accordingly, we **ORDER** appellant to provide this Court, **within TEN DAYS of the date of this order**, with either: (1) written verification that appellant has paid the clerk's fee; or (2) written documentation that appellant is entitled to proceed without payment of costs. *See* Tex. R. App. P. 37.3(b). We caution appellant that if the Court does not receive the required documentation within the time specified, the Court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b).

ELIZABETH LANG-MIERS
JUSTICE